

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Jason Eugene Deleon,                    * From the 42nd District Court
                                          of Taylor County,
                                          Trial Court No. 25708A.

Vs. No. 11-15-00143-CR                  * February 10, 2017

The State of Texas,                     * Opinion by Willson, J.
                                          (Panel consists of: Wright, C.J.,
                                          Willson, J., and Bailey, J.)

        This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.